ing of the Federal Tort Claims Act's two year statute of limitations, and thus his claims were untimely. *See* 28 U.S.C. § 2401; *Santa Maria v. Pacific Bell,* 202 F.3d 1170, 1178 (9th Cir.2000) (requiring due diligence to justify equitable tolling). We also agree that there is no private right of action to bring claims under 18 U.S.C. §§ 203(a)(1)(B) or 208(a). *See* 18 U.S.C. § 216 (providing exclusively for criminal penalties, or civil actions brought by the Attorney General, for violations of §§ 203 and 208).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

MEMORANDUM **

Upon review of the record and the parties' briefs, this court hereby summarily affirms the district court's order denying appellant's motion for preliminary injunctive relief and the district court's order denying appellant's motion for reconsideration. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied as moot.

**AFFIRMED.**

Jacob SHECHET, Plaintiff—Appellant,

v.

Mark Y. KIM, Los Angeles County Child Support Services Department Attorney; et al., Defendants—Appellees.

No. 07–56614.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2008.*

Filed July 23, 2008.

Henry Patrick Nelson, Esq., Amber A. Logan, Esq., Nelson & Fulton, Los Angeles, CA, for Defendants–Appellees.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan ESTRADA–CORTEZ,
Defendant–Appellant.

No. 06–50662.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 8, 2008.

Submission Vacated Jan. 28, 2008.

Resubmitted July 22, 2008.

Filed July 24, 2008.

Andrew G. Schopler, Roger W. Haines, Jr., Office of the U.S. Attorney, Stewart

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.